No. 269. Rospigliosi *v.* Clogher. Supreme Court of Florida. Certiorari denied. *Milton M. Ferrell, Joseph Edward Casey* and *Edward P. Troxell* for petitioner. *Henry G. Simmonite* for respondent.

No. 274. Autographic Register Co. *v.* Uarco, Inc. C. A. 7th Cir. Certiorari denied. *Casper W. Ooms* and *Thomas J. Byrne* for petitioner. *Bernard A. Schroeder* for respondent.

No. 277. Island Creek Fuel & Transportation Co. *v.* Reeves, Commissioner of Revenue, et al. Court of Appeals of Kentucky. Certiorari denied. *Rolla D. Campbell* for petitioner. *A. E. Funk,* Attorney General of Kentucky, *Hal O. Williams,* Assistant Attorney General, *Henry M. Johnson* and *Lucian L. Johnson* for Reeves, respondent.

No. 283. Gentry *v.* Seaboard Air Line Railroad Co. Supreme Court of Florida. Certiorari denied. *Chester Bedell* and *Thomas J. Lewis* for petitioner. *Charles R. Scott* for respondent.

No. 285. Estate of Strauss *v.* Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied. *Timothy N. Pfeiffer* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Robert N. Anderson* and *Carlton Fox* for respondent.

No. 256. RD-DR Corporation *v.* Smith et al. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion the petition should be granted. *Samuel I. Rosenman, Richard S. Salant* and *Ambrose Doskow* for

petitioner. *J. C. Murphy* and *Henry L. Bowden* for respondents.

No. 37, Misc. ROUZER *v.* ASHE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 71, Misc. PHYLE *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF MARIN. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioner.

No. 100, Misc. EDMISTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 105, Misc. SISKIND *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Melvin Richter* for the United States.

No. 139, Misc. FULLUM *v.* KEENAN, SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied. *Carl Blanchfield* for petitioner.

No. 146, Misc. CROGHAN *v.* UNITED STATES. Court of Claims. Certiorari denied. *Ernest Woodward* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Joseph Kovner* for the United States.

No. 152, Misc. DUNNE *v.* RAILROAD RETIREMENT BOARD. C. A. 7th Cir. Certiorari denied.

No. 154, Misc. JOHNSON *v.* LAWRENCE, SUPERINTENDENT. Supreme Court of Louisiana. Certiorari denied.